HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN DAVID WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEREK'S AUTO REPAIR,<br><br>　　　　　　Defendant. | CASE NO. C15-5238 RBL<br><br>ORDER DENYING IFP AND DISMISSING CASE WITH PREJUDICE |

This Matter is before the Court on Plaintiff Brian David Williams' Motion to proceed *in forma pauperis*. [Dkt. #1]  His proposed complaint claims that his name—"Brian David Matthews"—is protected by a copyright and that Defendant Derek's Auto Repair is violating that right by "selling unauthorized copies of Brian David Williams."

He seeks a declaration that he has such a copyright, money damages, and fees.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).  Moreover, a court should "deny leave to proceed

1 | *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the
2 | action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369
3 | (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i).  An *in forma pauperis*
4 | complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v.*
5 | *Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir.
6 | 1984).

7 | A *pro se* Plaintiff's complaint is to be construed liberally, but like any other complaint it
8 | must nevertheless contain factual assertions sufficient to support a facially plausible claim for
9 | relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (citing *Bell*
10 | *Atlantic Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)).  A
11 | claim for relief is facially plausible when "the plaintiff pleads factual content that allows the
12 | court to draw the reasonable inference that the defendant is liable for the misconduct alleged."
13 | *Iqbal*, 556 U.S. at 678.

14 | Plaintiff's proposed complaint does not, and as it relates to the subject matter, cannot
15 | even theoretically, meet this standard. Plaintiff does not a have a copyright in his name, and the
16 | claim that someone is "selling unauthorized copies of Brian David Matthews" is frivolous on its
17 | face.

18 | This is not the first time Brian David Matthews has sought to use (or *abuse*) the *in forma*
19 | *pauperis* system to file facially frivolous claims.  In *Matthews v Washington*, Cause No. 11-
20 | 5018BHS, he claimed that he was a "maritime vessel." That case was dismissed as frivolous.
21 | [Dkt. #5 therein].  Last year, Judge Settle dismissed *Matthews v. Washington*, Cause No. 14-
22 | 5762BHS, in which Matthews similarly claimed that the State was infringing on his "trade
23 | name," "Brian D. Matthews."

24 |

ORDER DENYING IFP AND DISMISSING CASE
WITH PREJUDICE - 2

1     In *Matthews v Holder*, Cause No. 14-0155RAJ, he sued claiming that he was a "non-religious corporation sole." That case was dismissed as frivolous under 28 U.S.C. §1915(e)(2). [*See* Dkt. #s 5 & 6 in that case]. And this Court addressed the malicious frivolity of Mr. Matthews' misguided, wasteful efforts in *Matthews v Pierce County*, Cause No. 11-5131RBL [Dkt. #7].

    The Motion to Proceed in forma Pauperis is **DENIED**. Because the case is fatally frivolous under §1915, the case is **DISMISSED WITH PREJUDICE**.

    Mr. Brian David Matthews is further **WARNED** that further, similarly frivolous filings in this District may result in an Order barring him as a vexatious litigant, or other appropriate sanctions.

    IT IS SO ORDERED.

    Dated this 16th day of April, 2015.

    *[signature]*
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE